**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHANGIZ M. KHOEI, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-2181 |
| | § | |
| STONEBRIDGE LIFE INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with this court's Memorandum and Opinion of today's date, summary

judgment is granted for the defendant, Stonebridge Life Insurance Company.  This action is

dismissed, with prejudice.

This is a final judgment

SIGNED on February 14, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge